FILED
JAMES BONINI
2009 FEB 11 PM 2:4U
US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Larry E. Ealy, | : | |
| Plaintiff, | : | Case No. 3:09-cv-10 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| Judge James E. Ruppert, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion for Temporary Restraining Order is DENIED.

February 12, 2009.

Thomas M. Rose
United States District Judge